# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| **JOSHUA CAIN MULLINS,** ) | |
| ) | |
| Plaintiff, ) | Case No. 7:19CV00601 |
| ) | |
| v. ) | **OPINION** |
| ) | |
| **S.W.V.R.J.A., ET AL.,** ) | By:  James P. Jones |
| ) | United States District Judge |
| Defendants. ) | |

*Joshua Cain Mullins, Pro Se Plaintiff.*

The plaintiff, proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983, alleging violations of his constitutional rights.  Mullins notified the court on May 8, 2020, that he had been released from prison.  Therefore, Mullins is no longer subject to the provisions of the Prisoner Litigation Reform Act that allowed him to pay the $350 filing fee via installments.  *See* 28 U.S.C. § 1915(b).  A court order entered on May 8, 2020, directed Mullins to submit, within ten days from that date, the filing fee owed and the applicable administrative fee for a total of $400 or to otherwise respond to the order.  Mullins was advised that a failure to comply within the time limit set out in the order would result in dismissal of this action without prejudice.

The time allotted for Mullins to respond has passed, and he has failed to comply with the described conditions. Accordingly, the court will dismiss the action without prejudice. An appropriate order will issue herewith.

DATED: May 28, 2020

/s/ James P. Jones
United States District Judge